1  GEORGE A. RILEY (S.B. #118304) griley@omm.com
   LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California 94111-3305
4  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
5
   DAVID M. FURBUSH (S.B. #83447) dfurbush@omm.com
6  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
7  Menlo Park, California 94025
   Telephone: (650) 473-2600
8  Facsimile: (650) 473-2601

9  Attorneys for Individual Defendants FRED D. ANDERSON,
   WILLIAM V. CAMPBELL, TIMOTHY D. COOK, MILLARD
10 S. DREXLER, STEVEN P. JOBS, RONALD B. JOHNSON,
   ARTHUR D. LEVINSON, MITCHELL MANDICH, PETER
11 OPPENHEIMER, JONATHAN S. RUBINSTEIN, AVADIS
   TEVANIAN, JR. and JEROME B. YORK and Nominal
12 Defendant APPLE COMPUTER, INC.

13                    **UNITED STATES DISTRICT COURT**
14           **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

15 | FRANK L. AKI and JANET ANN AKI, Trustees of | Case No. 5:06-cv-06209-MJJ |
   | the Frank L. Aki and Janet Ann Aki Revocable |
16 | Trust Dated 3/13/2000, | **STIPULATION AND**
17 |            Plaintiffs, | **[PROPOSED] ORDER EXTENDING TIME FOR**
18 |        v. | **DEFENDANTS TO RESPOND TO COMPLAINT**
19 | FRED D. ANDERSON, WILLIAM V. |
   | CAMPBELL, TIMOTHY D. COOK, MILLARD S. |
20 | DREXLER, STEVEN P. JOBS, RONALD B. |
   | JOHNSON, ARTHUR D. LEVINSON, MITCHELL |
21 | MANDICH, PETER OPPENHEIMER, |
   | JONATHAN RUBINSTEIN, AVADIS |
22 | TEVANIAN, JR., JEROME B. YORK, and DOES 1 |
   | through 50, inclusive, |
23 |
   |            Defendants, |
24 |      - and - |
25 | APPLE COMPUTER, INC., a California |
   | corporation, |
26 |
   |            Nominal Defendant. |
27
28

STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 5:06-cv-06209-MJJ

1     IT IS HEREBY STIPULATED by and between Plaintiffs Frank L. Aki and Janet Ann Aki, Trustees of the Frank L. Aki and Janet Ann Aki Revocable Trust Dated 03/13/2000 ("Plaintiffs") and Individual Defendants Fred D. Anderson, William V. Campbell, Timothy D. Cook, Millard S. Drexler, Steven P. Jobs, Ronald B. Johnson, Arthur D. Levinson, Mitchell Mandich, Peter Oppenheimer, Jonathan Rubinstein, Avadis Tevanian, Jr. and Jerome B. York and Nominal Defendant Apple Computer, Inc. ("Defendants") as follows:

    WHEREAS, Plaintiffs filed their Complaint against Defendants on October 2, 2006;

    WHEREAS, counsel are engaged in discussing the possibility of consolidation of this matter with related cases and/or the subsequent filing of a consolidated complaint;

    WHEREAS, the undersigned parties wish to further judicial efficiency by deferring responsive pleadings until such time as consolidation issues are addressed;

    NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties hereby stipulate as follows:

    All defendants who have been served to date, and all defendants who shall subsequently accept service and request to be covered by this stipulation, shall have a further extension of time to answer or otherwise respond to 30 days after the filing of a consolidated complaint, _or_ in the event that the Court denies the forthcoming motion for consolidation, the above-described defendants shall answer or otherwise respond to Plaintiffs' Complaint no later than 30 days after such denial.

    IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: October 5, 2006 | GEORGE A. RILEY |
| 2 | | DAVID M. FURBUSH |
| | | LUANN L. SIMMONS |
| 3 | | O'MELVENY & MYERS LLP |

By:     /s/ Luann L. Simmons
         Luann L. Simmons

Attorneys for Individual Defendants FRED D. ANDERSON, WILLIAM V. CAMPBELL, TIMOTHY D. COOK, MILLARD S. DREXLER, STEVEN P. JOBS, RONALD B. JOHNSON, ARTHUR D. LEVINSON, MITCHELL MANDICH, PETER OPPENHEIMER, JONATHAN S. RUBINSTEIN, AVADIS TEVANIAN, JR. and JEROME B. YORK and Nominal Defendant APPLE COMPUTER, INC.

Dated: October 5, 2006

DARIO DE GHETALDI
JERRY E. NASTARI
AMANDA L. RIDDLE
COREY, LUZAICH, PLISKA,
  DE GHETALDI & NASTARI LLP

By:     /s/ Jerry E. Nastari
         Jerry E. Nastari

Attorneys for Plaintiffs
FRANK L. AKI and JANET ANN AKI, Trustees of the Frank L. Aki and Janet Ann Aki Revocable Trust Dated 03/13/2000

- 2 -
STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 5:06-cv-06209-MJJ

# CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jerry E. Nastari.

Dated: October 5, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/ Luann L. Simmons
Luann L. Simmons

Attorneys for Individual Defendants FRED D. ANDERSON, WILLIAM V. CAMPBELL, TIMOTHY D. COOK, MILLARD S. DREXLER, STEVEN P. JOBS, RONALD B. JOHNSON, ARTHUR D. LEVINSON, MITCHELL MANDICH, PETER OPPENHEIMER, JONATHAN S. RUBINSTEIN, AVADIS TEVANIAN, JR. and JEROME B. YORK and Nominal Defendant APPLE COMPUTER, INC.

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 10/10/2006

The Honorable Martin J. Jenkins
United States District Judge

MP1:988751.1

- 3 -
STIPULATION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 5:06-cv-06209-MJJ